

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTICT OF GEORGIA
MACON DIVISON

.NAPOLEON GRAY
     plaintiff
 V.                              CIVIL ACTION NO.   **5 : 15-CV- 200**

.GOVERNOR NATHAN DEAL
.GEORGIA VOCATIONAL REABITATION
.GEORGIA DEPARTMENT OF LABOR
. HAPPY HOUR WORK SHOP
.RIVER EDGE
.CROSSROADS COUNSELNG CENTER
         Defendant
                STATEMENT OF FACTS

Under the State and Federal law in the United State a Dissable person still have the opportunity rights to work, Equal Opperunity, witch the State and Federal Goverment Created Program's for any and all Dissable people to give them a opportunity to go back to work and could come off social secirty benifit's one of these program is called Ticket To Work as part of this program the Federal Goverment issue fund's from the Social Security Office witch come from the United State Treasure Department to a State Goverment agent's or other agent's witch could aid any and all dissble people that are receiving any kind of SSI/SSDI benifit's that would like to go back to work part time or full time with the specail need into fulfilling their goal to return to work so they could be once again independent on their own and could save the Goverment and United State Citizen tax payer money for the social security budget that is why our president and his staff and the Republican's and Demacract's created these type of program's by providing these fund's to aid a dissable person with their specail need's to return back to work such as training for a job that a person may find on their own witch a employer is willing to hire or some time some agent's will find job's for a dissable person these fund's that are provided by the federal Goverment is also provided to the agent to aid any and all dissable people to take care of some of their expense of that dissable person such as safety requirement's work cloth's or equiltment such as hard hat or safety glasse's or gas or bus fair to get to work and from work , The federal Goverment also provide money threw the Social Security witch is paid by the United State Treasure Department called Medicaid and Medicare to aid for a dissable person medical doctor visit's.

I have what the Goverment called a Ticket To Work my ticket were a signed to the Georgia Vocation Rehabilitation agent Mis Annie Duchene were the case worker who were working with me her and Mr Ed James the former Director for the Macon Georgia Office they kept making promise's to me about helping me to get a job and also to get more job traning but once they find out that I knew first name Kevin last name john Doe down in Warner Robins Georgia at the Happy Hour Work Shop who is over the entire work service program that dealt with the Georgia Vocational Rehabilitation agent was miss using fund's and purjurying a long with the State Of Georgia Vocation Rehabilitation agent they had to keep my mouth shot by telling me that the people that they work with like good will and the salvation army wouldn't let me work unless I were on and taking antidepress medication proscribe by a doctor I told Mis Duchene No my doctor don't think that I should be on any medication and netheir do I and that I wonted to go back to work but Mis Duchene had to keep my mouth close about I knew that kevin and Jim and the other were miss using fedaral fund's and purjurying to social security down their at the Happy Hour Work Shop you see sir social security give a

dissable person a trail work time that person could work and make how much money that they wont to the purpose of doing that is to let that person really get to enjoy where they are working at and also the people they are working around because they know this is their goal to become a part of the work team of employee's that they are working around every day this is suppose to be the Job that they all way's wonted But let me tell yall some thing you see when the Georgi Department Of labor were working with the Georgia Vocational Rehabilitation service agent Mis Nita Coney from the Warner Robin's Georgia Office Of The Georgia Department Of Labor should have been reported Kevin and the other's wrong doing to the Houston County Distict Attorney Office so they could have gotten the GBI or report it to the FBI agent in Macon Georgia with all do respect to the court please let me explain some thing I'm a ex-inmate of the Georgia Department Of Correction and I'm a felony I never suppose to have being working at that Happy Hour Work Shop any way and one more thing you see kevin and his sister got a busniess of their own cleaning up office's et when they close at night and kevin got up set with me because I were not stupid to use me to work for him at night for him and his sister personal cleaning business but while reporting to Mis Nita Coney Of The Georgia Department Of Labor who repeseent the Georgia Vocational Rehabilitation service agent witch social secuirty were paying for because kevin were smart he pay's cash for his personal business at night but report and purjury on the paper work to get his money back on them other document's that he turn in to Mis Nita Coney or who ever I start to tell on kevin the only reason that I never said any thing because kelvin kept letting me come back to work at the Happy Hour Work Shop because I were broke and I just had got out of prison and who is going to hire a ex-inmatewho is known to be violent and mental I'll but I never told Mis Annie Duchene of Vocation Rehabilitation because I had no one to help me so I just waited and watch her make a ass out of her self trying to cover up a lot of mistate's that would have lead the GBI OR FBI agent's to a investigate some fund's that were being miss used and being recived by a state agent and many other non profit agent's that receive some fedreal fund's to help aid dissable people then Mis Annie Duchene of Vocation Rehabilitation called Cross road Counslin Center and talk to my doctor Daniel H Johnston Ph.D and I don't know what she told him but I do Know that I called him at his office and I told him what Mis Annie Duchene said that she recommended for him to me to be place on antidepress medication because that was the only way that I could get a Job with Good Will or any other company that they dealt with because kevin at Happy Hour Work Shop said this and that and I also told him about the letter that she said that she received from him saying that he agreed that I should be place on some type of medication after I said that to him I said that we never talk about me being place on medication and then he said to me No I never said that and to let him call her when he hung up he call back later and I inform to him that I wont a copy of my record's and a copy of what you sont her the he told me that he have to do some correction's and the next thing I knew he called me one day and told me that he no longer wont to see me any more because I threating to sue him witch that had nothing to do with seeing me as a pation if I feel like any one has violated my cositution right's it a law that I can bring a claim agaist any one who violated my constiution right's what ever that he sont Mis Annie Duchene at Vocational Rehabilitation she would not let me veiw document's or request a copy she even call her boss man in the office to listen to our coversation she even call her legal department in atlanta georgia and put them on the phone with me and telling me that I didn't have the right to veiw or requess a copy of any rcord that Vocational Rehabilitation may have on me I said not even if I sign a requess to have a copy they told me No and I were advice that Vocational Rehabilitation will no longer wont to work with me any more on 03-19-2005 and River Edge were also a part of the Georgia Vocational Rehabilitataion service program as well as the Georgia Department Of Correction Macon Probation Office all these agent's are suppose to work togethet to aid a dissable person they all receive some State and Fedaral fund's to finanace the aid to help the dissable people claim that I were I have been with River Edge so long that every one now know that I'm not as stupid as the State of Georgia claim me to be but since I'm on probation they have no choice but to see me they have not tried to help me with anything the true is when ever I go in side the River Edge area to

see the doctor they all be whispering and hideing from me to me it be funny because I have been with River edge for month's and they have never asigned a case worker to me and have being purjurying to Medicare about what they have being doing for me like for example a treatment plan in order to complete that a person got to have a case worker or a case management witch I never had going on another year but since I were on probation to full fill my probation rule I call the Governor office and I either speak to Mr Jame Beal Governor Nathan Deal spectlist or a lady I call the Governor office every time I go to River Edge because it's a part of my state prabation clause for a long time all aboved has been costing the United State tax payer's money and draing the Social Sucirty budget dry and here it is that I don't even have a place to live and a Georgia Department Of Correction Probation Officer Mis Brandi Harpe wrote a persnal letter to River Edge on 03-10-2005 explain that to them and it;s almost June 20015 and I still yet do not have a case worker or a case manager but once again they have bill the federal government Medicare purjury on what they done for me it's funny because a pation at River Edge really do not have access to their record's and when they do requess them they must be approve for river edge to give them to any one and that process could take up to 6 to 8 month's ,

.
.

.What do you wont the court to do for you ?   I wont the court to make each defendant pay me 5 Million Dollar a pieace and to repay the federal government Social Security back any fund's that they recive from them claiming any service that they said that they have provided for me to help aid me in trying to find a Job or basely counslin me into aiding me in my goal's in my life to try to achieve and accomplish and I wont the court to send the United State Attorney General office to Houston County Warner Robins Georgia to look into the presonal business of Kevin who is over the day by day operation of the Happy Hour Work Shop and here is a little secreat Kevin report people that ues to work for him but do not he never some time report that many people do not work for him any longer a dissable woman name Pamala Robertson she stayed at 121 Suzan drive Warner Robins Georgia 31093 but now she stay at 125 Palm Street Cochran Georgia 31014 Kevin use that lady and work that woman on his personal job's at night cleaning up office building's for him and his sister he recruited her from the Happy Hour Work Shop they worked that lady like a dog and when she complain to Kevin that she were hurting and tired and could not contiue to work any more Kevin got mad at that woman and had some word;s with her and she just stop workiing but kevin keep on reporting that she were working and at the end that lady had to pay Socail Security all that money back that were given over to her as a payment I never said any thing but that lady were my former wife we are not together any more but she live in Cochran and she is in bad condiction and has been hosipitalize many time from all that stuff that she were doing on kevin and his sister job's at night her goal were to continue that ticket to work program but kevin stop all that by going over the federal Goverment head by paying that lady cash money and not reporting that lady income to Social Security like he were suppose to do and now she has to pay for that mistate she made but I'm not nast even tho me and my wife have went threw some thing's I ask the court to bring her before the court to hear her out please and to put a stop to kevin so that the many other like these defendent's would have to try to correct a mistate that would cost the Goverment money. I said to the court I'm in title to this type of relief because the mental and physical stress that I have went threw over the year's watching all the above do and to me as well as the federal Goverment .

.
. Respectfully_____ 05-29-2015

## CERTICATE OF SEVICE

\# ( 478 231-0497 )
.Napoleon Gray
.268 Westwood circle
.Macon Ga 31206

Governor Nathan Deal
Washington Street Suite 111
Atlanta Ga 30334

Georgia Vocational Rehabitation
3586 RIVERSIDE Dr Suite B
Macon Ga 31201

.Georgia Department Of Labor
.96 Cohen Walker Dr
.Warner Robins Ga 31088

Cross Roads Counseling Center
144 Piearce Avenue
Macon Ga 31204

River Edge
175 Emery Hwy
Macon Ga 31204

.Happy Hour Work Shop
.1802 Young Av
.Warner Robins Ga 31093

05-29-2015, ; _____