IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NAPOLEON GRAY , | * |
| Plaintiff, | * |
| v. | Case No.  5:15-CV-200 (MTT) |
| | * |
| GOV. NATHAN DEAL, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 9, 2015, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 10th day of June, 2015.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk